UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Francisco J. Vazquez
      Petitioner

V.

CIVIL ACTION

NO. 1:05-CV-40060 NMG

United States of America
      Respondent

ORDER

_____NMG_____ D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody upon the office of the United States Attorney.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

| | |
|---|---|
| 7/11/05 | /s/ Nathaniel M. Gorton |
| Date | United States District Judge |

I hereby certify on 7-11-05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☒ original filed in my office on 7-11-05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Elizabeth Lefflen
Deputy Clerk

(2255 Service Order.wpd - 12/98)  [2255serv.]