```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|   |   |
|---|---|
| FRANCISCO J. VAZQUEZ,<br><br>    Petitioner<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CIVIL ACTION NO. 05-40060-NMG |

## NOTICE OF APPEARANCE OF ANTOINETTE E.M. LEONEY

I hereby give notice of my appearance for the United States of America in this matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                            By:  /s/Antoinette E.M. Leoney
                                ANTOINETTE E.M. LEONEY
                                Assistant U.S. Attorney
                                1 Courthouse Way, Suite 9200
Date:  August 1, 2005            Boston, MA 02210

## CERTIFICATE OF SERVICE

Suffolk, ss.                            Boston, Massachusetts
                                      August 1, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing Government's Motion to Enlarge Time for Filing an Answer (or other Responsive Pleading) to Petitioner's Motion to Vacate, Set Aside or Correct Sentence, to the Petitioner, Francisco J. Vazquez, *Pro Se*, 80398-038, FCI McKean, P.O. Box 8000, Bradford, PA 16701-0980.

                                      /s/ Antoinette E.M. Leoney
                                      ANTOINETTE E.M. LEONEY
                                      Assistant U.S. Attorney