```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

FRANCISCO J. VAZQUEZ,        )
                             )
         Petitioner          )
    v.                       )    Civil No. 05-40060-NMG
                             )
                             )
UNITED STATES OF AMERICA,    )
                             )
         Respondent.         )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE ONE EXCESS
PAGE TO RESPONSE TO FRANCISCO J. VAZQUEZ'
<u>MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE</u>**

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, hereby files this motion for leave to file one (1) excess page to its Response to Francisco J. Vazquez' Motion to Vacate, Set Aside or Correct Sentence.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN,
                            United States Attorney


                     By:    /s/Antoinette E.M. Leoney
                            Antoinette E.M. Leoney
                            Assistant U.S. Attorneys
                            Joseph J. Moakley U.S. Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3100
```

Date: September 1, 2005

CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                September 1, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by regular mail, to Petitioner Francisco J. Vazquez, 80398-038, FCI McKean, PO Box 8000, Bradford, PA 16701-0980.

                                             /s/Antoinette E.M. Leoney
                                             ANTOINETTE E.M. LEONEY