```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

FRANCISCO J. VAZQUEZ,        )
                             )
         Petitioner          )
    v.                       )     Civil No. 05-40060-NMG
                             )
                             )
UNITED STATES OF AMERICA,    )
                             )
         Respondent.         )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
RESPONSE TO FRANCISCO J. VAZQUEZ' MOTION TO VACATE,
<u>SET ASIDE OR CORRECT SENTENCE ONE DAY LATE</u>**

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, hereby files this motion for leave to file its Response to Francisco J. Vazquez' Motion to Vacate, Set Aside or Correct Sentence one (1) day late. Said Response was due to be filed by August 31, 2005.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN,
                                          United States Attorney


                            By:  <u>/s/Antoinette E.M. Leoney</u>
                                    Antoinette E.M. Leoney
                                    Assistant U.S. Attorneys
                                    Joseph J. Moakley U.S. Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3100

Date: September 1, 2005

CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                September 1, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by regular mail, to Petitioner Francisco J. Vazquez, 80398-038, FCI McKean, PO Box 8000, Bradford, PA 16701-0980.

                                            /s/Antoinette E.M. Leoney
                                            ANTOINETTE E.M. LEONEY