UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCISCO J. VAZQUEZ, )
)
       Petitioner, )
)
vs. ) Civil No. 05-40060-NMG
)
UNITED STATES OF AMERICA, )
)
       Respondent. )

### MOTION FOR EXTENSION OF TIME

NOW COMES, the Petitioner, Francisco J. Vazquez, Petitioner in the above entitled and numbered cause, appearing pro se, hereby moves this Cou[rt] to grant an extension of thirty days, or up to, and including October 12, 2005, in which to reply to the the Government's Response in this matter.

Petitioner is a pro se litigant. He is not a lawyer, nor is he train[ed] in legal procedures, etc. Petitioner is incarcerated, and due to the pris[on] regime, he is bound by the scheduling and limited access to the law librar[y] in which to prepare his pleadings and conduct legal research.

Based on the above, it is respectfully moved that this Court grant the Petitioner an extension in this matter. Such an extension would not pr[eju]dice any party herein.

WHEREFORE, facts and premises considered, the Petitioner prays that this Court grant this motion as moved.

Dated: September 16, 2005                       Respectfully submitted:

                                                                                  Francisco J. Vazquez
                                                                                  Reg. No. 80398-038
                                                                                  FCI McKean
                                                                                  P.O. Box 8000
                                                                                  Bradford, PA. 16701-0980

CERTIFICATE OF SERVICE

I do hereby certify that on this the ___ day of September, 2005, I placed in the U.S. Mail, first-class postage prepaid, a true and correct copy of this pleading to:

Antoinette E.M. Leoney
Assistant U.S. Attorney
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210

Francisco J. Vazquez