UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Francisco Vasquez,**
                **Petitioner**

      **V.**

 **United States of America,**
               **Respondent**

CIVIL ACTION

NO.  05-40060-NMG

**Order of Dismissal**
May 9, 2006

  **Gorton,  D. J.**

      In accordance with the Court's Memorandum & Order (dated 4/26/06, Docket No. 6) denying Motion to Vacate, Set Aside, or Correct Sentence,  it is hereby Ordered petition  Dismissed.

**Approved,**

 /s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

 /s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)                                                                                                                   [odism.]